IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIRREX SYSTEMS, LLC | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 1:14-cv-1222-GMS |
| v. | ) |
| | ) |
| SUMITOMO ELECTRIC LIGHTWAVE CORP. | ) |
|     Defendant. | ) |
| | ) |

## **STIPULATION OF DISMISSAL**

The plaintiff Cirrex Systems, LLC ("Cirrex") and defendant Sumitomo Electric Lightwave Corp. ("Sumitomo"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all of the parties' claims and counterclaims with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | FISH & RICHARDSON P.C. |
| */s/ Richard C. Weinblatt* | */s/ Warren K. Mabey, Jr.* |
| Stamatios Stamoulis #4606 | Warren K. Mabey, Jr. #5775 |
| Richard C. Weinblatt #5080 | 222 Delaware Avenue, 17th Floor |
| Two Fox Point Centre | Wilmington, DE 19801 |
| 6 Denny Road, Suite 307 | Telephone: (302) 652-5070 |
| Wilmington, DE 19809 | mabey@fr.com |
| Telephone: (302) 999-1540 | |
| stamoulis@swdelaw.com | John B. Pegram |
| weinblatt@swdelaw.com | John S. Goetz |
| | 601 Lexington Avenue |
| *Attorneys for Plaintiff* | 52nd Floor |
| *Cirrex Systems, LLC* | New York, NY 10022-4611 |
| | Telephone: (212) 765-5070 |
| | pegram@fr.com |
| | goetz@fr.com |
| | |
| | *Attorneys for Defendant* |
| | *Sumitomo Electric Lightwave Corp.* |

SO ORDERED, this _____ day of _____, 2014

_____
Hon. Gregory M. Sleet
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2014, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080